THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE GARNER, Appellant.

*People* v. *Garner,* 64 App. Div. 410, affirmed.
(Argued December 11, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered upon an order made October 4, 1901, affirming a judgment of the Nassau County Court convicting the defendant of the crime of rape in the second degree.

*George Wallace* for appellant.

*James P. Niemann* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

OVIDE DUPRE, Respondent, *v.* SAMUEL S. CHILDS et al., Appellants.

*Dupre* v. *Childs,* 52 App. Div. 306, affirmed.
(Argued December 6, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Albridge C. Smith* for appellants.

*Andrew F. Murray* and *Arthur C. Palmer* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.